06-700

November 09, 2006

To: United States District Court OF Wilmington       06-700



FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I Raymond Thomas 334838 want to expose the this-Deeds that was committed Against me on Feburary; The 1st Day of 2006.

I want to file A Civil Complaint case Against the Seaford, Delaware Police Department And the Sussex Correctional Institution in Georgetown, Delaware. Because my United States Constitutional Rights were violated As An American Born Citizen.

I Raymond Thomas 334838 state that on the Afore Mentioned date of Feburary; 1st; 2006. I was on my way from A friend's house to visit My at that time Critically ill mother, And At Chandler Heights Apts... I was Approach by the Seaford, Delaware Police (known as PFC Travis E. Bean (355) of Seaford PD) He stated, "what in the Hell Are you doing driving A stolen vehicle, you Nigger." I was then removed from the Vehicle with excessive force by the Officer. Upon the removal, I notice (2) other officers Approaching. At this time I was in estreme fear for my life. So I was able to slip away from PFC Travis E. Bean And I began to flee on foot. While being Chased by those Cruel Police Officers, My nationality was being disrespected. Then one of the officers threw A "Departmental Asp Baton" which hit my leg while running, causing me to fall on the ground. Then PFC Travis E. Bean And the other (2) officers begin to Attack me by beating me against the head And other body areas. After being in handcuffs, they continue with excessive force And they sprayed "Pepper Mase" in my face At A Close

-2-

range. (while in custody) Then I was transported to the Seaford Police Dept. to be processed. Upon the arrival at the Station. I was pleading with the officers for medical attention. But my request was denied. After being processed, I was transported to Court #3 in Georgetown, Delaware for a bail review. Then I was transported to Sussex Correctional Institution in Georgetown. Upon my arrival At (S.C.I) I Also requested medical Attention were I was denied once again. Then I was ordered by the S.C.I Guard to report to the pre-trial area where I would be housed. "According to the injuries I was suffering from I Should have been Admitted at a medical Center; Not a Prison Cell!" After a few days in the pre-trial area. I begin to experience a dizzy feeling in my head. My Physical And Mental State begin to fell. I was dropping things, falling off my bunk bed And having a difficulty time eating my food, because my jaw was twisted. After the S.C.I- Guard notice my felling health problem,- He called to the medical Dept. At S.C.I by phone And spoke with Dr. Messenager regarding my health problem. Then I was Ordered by the doctor to report to his office. He became very Angry with the Police Dept./S.C.I-Staff, After witnessing my health Condition And denying me medical attention. I was then removed from the pre-trial Area And was placed in the medical Dept. At S.C.I. Where I was under watch by

Medical Staff. I begin taking medication And had X-Ray's performed on me.

This Attack has caused me to be in great fear for my life, And health. I on this day 09 ; November ; 2006 still am having nightmares And at times unable to eat, And I have become very paranoid toward all Authority Figures that is wearing a badge.

I Raymond Thomas 334838 Claim the mentioned Statements Against the Delaware Authorities is the whole truth And nothing but the truth so help me God.

I Raymond Thomas 334838 wishes to file a Civil Battery / Denial of medical attention against the Delaware Authorities Mentioned in this Petition.

Thanks in advance for a response And your Support regarding this Civil Matter.

Respectfully, Submitted
#334838   Raymond Thomas
#334838   *Raymond Thomas* (signature)

Raymond Thomas #334838
MCI-H
18601 Roxbury Rd.
Hagerstown, Md. 21746

United States District Court Of Wilmington
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Attn. Clerk

November 09, 2006

Dear United States District Court

    I Raymond Thomas #334838 want to file A Civil Battery / Denial of Medical Attention Against the Delaware Authorities.
    Enclosed is a copy of the details regarding the Brutial Attack.

    Thanks in advance for your time And Support regarding this Civil Matter.

Respectfully, Submitted
#334838   Raymond Thomas
#334838   Raymond Thomas

06-700



FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE