December 05, 2006

Civil Action NO. 06-700 KAJ

Dear Judge Kent A. Jordan

I Raymond Thomas want to thank the United States District Court for granting my request to proceed without prepayment of fees or costs under 28 USC § 1915... Thanks Again!

Respectfully, Submitted

\#334838  Raymond Thomas
\#334838  Raymond Thomas

_____
Notary Public

My Comm. Exps. 7/17/2010



FILED
DEC 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned