```
B32362    MD DEPT. OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
                INMATE BANKING SYSTEM                DATE: 12/01/2006
         6 MONTHS INMATE ACCOUNT ANALYSIS

           INSTITUTION:   MCIH                SSNO:    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
           DOC#:  334838      NAME: THOMAS         RAYMOND    J

                                    RECEIPT        ACCOUNT
             MONTH        YEAR       AMOUNT        BALANCE

           NOVEMBER       2006        35.00          7.20
           OCTOBER        2006         0.00          7.20
           SEPTEMBER      2006         0.90          7.20
           AUGUST         2006        50.70         10.70
           JULY           2006         0.00          0.00
           JUNE           2006         0.00          0.00

                      TOTAL:          86.60
              6 MONTHS AVERAGE:       14.43          5.38
              INITIAL PARTIAL FILING FEE:            2.88

PRINT SCREEN - PRESS PF2
MAIN MENU=PF5  RCPTS=PF7  DISBURS=PF8  XREF=PF9  ACCT MENU=PF10  CLEAR=SIGN OFF
NO PRINTER ASSOCIATED WITH YOUR TERMINAL. CALL HQTRS
```

*[Signed]* Raymond Thomas   Date 12-05-06

*[Signed]* Sina Grimm
Notary Public

My Comm. Exps. 7/17, 2010

```
P/N      B32025            INMATE BANKING SYSTEM           DATE:  12/01/06
PAGE     1                    INMATE INQUIRY               TIME:  14:35
DOC#:   334838     NAME:   THOMAS              RAYMOND    J  SSNO: 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
NOTE:   FROM 10 JR7 136
   DATE    CODEID      OP ID    REFERENCE
         CRTCOSTS       HOLD    CONTRBND       TRANS     RESERVE      ACTIVE      BALANCE
11/28/06 60040009    C50581    AHU
          0.00         0.00       0.00        13.00-       7.20        0.00        7.20
11/22/06 6804MD01    C50581    CO-PAY 11-1-06
          0.00         0.00       0.00         2.00-       7.20       13.00       20.20
11/21/06 20040006    C50417    04 7903
          0.00         0.00       0.00        15.00        7.20       15.00       22.20
11/20/06 60040008    C50581    FFN
          0.00         0.00       0.00         0.00        7.20        0.00        7.20
11/13/06 60040116    C50417    FFN
          0.00         0.00       0.00        20.00-       7.20        0.00        7.20
11/06/06 20040003    C50417    04 6984
          0.00         0.00       0.00        20.00        7.20       20.00       27.20
10/23/06 23041001    K50331    TO 04    JR7 136
          0.00         0.00       0.00         7.20        7.20        0.00        7.20
10/23/06 62100401    K50331    FROM 10 JR7 136
          0.00         0.00       0.00         7.20-       0.00        0.00        0.00
MAIN MENU=PF5   RCPTS=PF7   DISBURS=PF8   XREF=PF9   ACCT MENU=PF10   CLEAR=SIGN OFF
```

```
P/N     B32025         INMATE BANKING SYSTEM              DATE:  12/01/06
PAGE    2              INMATE INQUIRY                     TIME:  14:35
DOC#:   334838    NAME:  THOMAS           RAYMOND    J  SSNO: 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
NOTE:  FROM 10 JR7 136
  DATE    CODEID    OP ID    REFERENCE
         CRTCOSTS      HOLD    CONTRBND      TRANS      RESERVE     ACTIVE     BALANCE
09/22/06 23100401   E50572    TO 10   HR7164
             0.00      0.00       0.00       7.20        7.20       0.00        7.20
09/22/06 62041001   E50572    FROM 04 HR7164
             0.00      0.00       0.00       7.20-       0.00       0.00        0.00
09/11/06 60040119   C50417    AHU
             0.00      0.00       0.00       4.40-       7.20       0.00        7.20
09/06/06 21040008   C50581    PAYROLL AUG
             0.00      0.00       0.00       0.90        7.20       4.40       11.60
08/28/06 60040117   C50417    AHU
             0.00      0.00       0.00      10.00-       6.90       3.80       10.70
08/14/06 60040132   C50417    AHU
             0.00      0.00       0.00      30.00-       6.90      13.80       20.70
08/11/06 20040005   C50581    04*2211
             0.00      0.00       0.00      30.00        6.90      43.80       50.70
08/07/06 21040020   C50581    PAYROLL JUL
             0.00      0.00       0.00      20.70        6.90      13.80       20.70
MAIN MENU=PF5   RCPTS=PF7   DISBURS=PF8   XREF=PF9   ACCT MENU=PF10   CLEAR=SIGN OFF
```

```
P/N    B32025            INMATE BANKING SYSTEM            DATE:  12/01/06
PAGE     3                  INMATE INQUIRY                TIME:  14:35
DOC#:  334838    NAME:  THOMAS           RAYMOND      J   SSNO: 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
NOTE:  FROM 10 JR7 136
  DATE   CODEID    OP ID   REFERENCE
     CRTCOSTS     HOLD    CONTRBND     TRANS      RESERVE     ACTIVE     BALANCE
07/18/06 60040104  C50417  AHU
         0.00      0.00      0.00       0.00       0.00       0.00       0.00
07/17/06 0204UPDT  C50631  MANUAL UPDATE
         0.00      0.00      0.00       0.00       0.00       0.00       0.00
06/19/06 60040131  C50417  AHU
         0.00      0.00      0.00       0.00       0.00       0.00       0.00
06/13/06 60040118  C50417  AHU
         0.00      0.00      0.00       0.00       0.00       0.00       0.00
05/15/06 60040011  C50581  AHU
         0.00      0.00      0.00      33.64-      0.00       0.00       0.00
05/10/06 230411N1  K50975  TO   04   MP580
         0.00      0.00      0.00      33.64       0.00      33.64      33.64
05/10/06 621104N1  K50975  FROM 11   MP580
         0.00      0.00      0.00      33.64-      0.00       0.00       0.00
05/03/06 2011829A  E50726  425810
         0.00      0.00      0.00       5.00       0.00      33.64      33.64
MAIN MENU=PF5   RCPTS=PF7   DISBURS=PF8   XREF=PF9   ACCT MENU=PF10   CLEAR=SIGN OFF
```

```
P/1       B32025           INMATE BANKING SYSTEM             DATE:  12/01/06
PAGE    4                     INMATE INQUIRY                 TIME:  14:35
DOC#:  334838      NAME:  THOMAS            RAYMOND    J  SSNO:  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
NOTE:  FROM 10 JR7 136
  DATE    CODEID      OP ID    REFERENCE
       CRTCOSTS        HOLD    CONTRBND      TRANS     RESERVE      ACTIVE       BALANCE
05/02/06 6011EH11    E50726    04/24/06
           0.00        0.00        0.00      26.52-       0.00       28.64         28.64
04/20/06 2011820B    E50726    425043
           0.00        0.00        0.00      55.16        0.00       55.16         55.16
04/13/06 0111ADD               ADD RECORD
           0.00        0.00        0.00       0.00        0.00        0.00          0.00




MAIN MENU=PF5   RCPTS=PF7   DISBURS=PF8   XREF=PF9   ACCT MENU=PF10   CLEAR=SIGN OFF
END OF TRANSACTIONS
```