December 15, 2006

Civil Action No. 06-700 KAJ

Dear: Judge Kent A Jordan

I Raymond Thomas want to thank the United States District Court for granting the initial partial filing fee of #2.89 And if the Courts Should have future problems from my inmate trust Account, Please inform me of the matter before Closing this Claim.

Enclosed you will find A Copy of the Authorization Form.

Respectfully Submitted
Raymond Thomas

# 334838
# 334838

