IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND THOMAS, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 06-700-JJF |
| SEAFORD, DELAWARE POLICE DEPARTMENT and SUSSEX CORRECTIONAL INSTITUTE, | : |
| Defendants. | : |

O R D E R

WHEREAS, Plaintiff, Raymond Thomas, filed a complaint on November 16, 2006 (D.I. 1);

WHEREAS, on March 23, 2007, a Memorandum Order was entered dismissing the Complaint and giving Plaintiff leave to amend the Complaint within thirty days from the date of the Order or the case would be closed (D.I. 11);

WHEREAS, the thirty days have passed and an amended complaint has not been filed;

THEREFORE, at Wilmington this 18 day of June, 2007, IT IS ORDERED that the case is closed for failure to file an amended complaint.

_____
UNITED STATES DISTRICT JUDGE